# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-844-045**

Effective date of registration:

October 25, 2012

### Title
- **Title of Work:** MI Roots Logo

### Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** August 29, 2012
- **Nation of 1st Publication:** United States

### Author
- **Author:** Christopher R Kopacz
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1978

### Copyright claimant
- **Copyright Claimant:** Christopher R Kopacz
  122 S Ottawa St, Tecumseh, MI, 49826, United States

### Rights and Permissions
- **Organization Name:** Third Estate Design Co.
- **Name:** Christopher R Kopacz
- **Email:** chrisk@thirdestatedesign.com
- **Telephone:** 248-494-2212
- **Address:** 122 S Ottawa St
  Tecumseh, MI 49286 United States

### Certification
- **Name:** Christopher R Kopacz
- **Date:** October 25, 2012

Page 1 of 1

EXHIBIT A    Page 1 of 1